<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7173**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AMARILLIS CANALS,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-94-246, CA-99-1986-MJG)

───────────────

Submitted: February 10, 2000          Decided: February 15, 2000

───────────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Amarillis Canals, Appellant Pro Se. John Francis Purcell, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amarillis Canals seeks to appeal the district court's orders (1) denying as untimely her motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999); and (2) denying her subsequent motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Canals, Nos. CR-94-246; CA-99-1986-MJG (D. Md. July 21 & Aug. 23, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order dismissing Canals' § 2255 motion is signed and date stamped on July 14, 1999, the district court's records show that it was entered on the docket sheet on July 21, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2